AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

JOSE ANTONIO ISLAS PEREZ, et al

*Plaintiff(s)*

v.

89TH MARKET INC., et al

*Defendant(s)*

Civil Action No. 25-cv-3742

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Please see attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brent E. Pelton, Esq.
PELTON GRAHAM LLC
111 Broadway, Suite 1503, New York, NY 10006
Telephone: 212-385-9700
Facsimile: 212-385-0800
Email: pelton@peltongraham.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/6/2025

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-3742

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**RIDER TO SUMMONS**

**Defendants:**

1. **89TH MARKET INC.**
   500 East 89th Street, New York, New York 10128

2. **8TH STREET MARKET CORP.**
   44 East 8th Street, New York, New York 10003

3. **HEAVENLY MARKET INC. I**
   58 Carmine Street, New York, New York 10014

4. **22 2ND AVE FOOD MARKET CORP.**
   384 2nd Avenue, New York, New York 10010

5. **HEAVENLY FOOD MARKET 11TH AVENUE, INC.** 311 11th Avenue, New York, New York 10001

6. **HEAVENLY MARKET SULLIVAN INC.**
   240 Sullivan Street, New York, New York 10012

7. **ABDULLAH SALEH MUSLEH ALKABADI**
   44 East 8th Street, New York, New York 10003

8. **MOHAMMED A. MUSLEH**
   311 11th Avenue, New York, New York 10001

9. **GAMAL A. MUSLEH**
   58 Carmine Street, New York, New York 10014

10. **ALI A. MUSLEH**
    384 2nd Avenue, New York, New York 10010

11. **OMAR A. ALKABADI**
    400 East 53rd Street, New York, New York 10022

12. **MAGED A. ALKABADI**
    172 Prince Street, New York, New York 10012

13. **WALEED ABDULLAH SALEH**
    75 Chambers Street, New York, New York 10007

14. **AHMED A. SALEH**
    240 Sullivan Street, New York, New York 10012