

**MEMO ENDORSED**

The request is granted. Defendants' deadline to respond to the Complaint is August 1, 2025.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: July 9, 2025
New York, New York

Via ECF Filing
Honorable Judge Edgardo Ramos
United States District Court, Southern District Of New York
Thurgood Marshall U.S. Courthouse,
40 Foley Square, Courtroom 619
New York, New York 10007

July 9, 2025

    Re:   <u>Jose Antonio Islas Perez, et al. v. 89th Market et al.</u>
           Case No.: 1:25-cv-03742-ER

Dear Judge Edgardo Ramos:

    I represent the Defendants in the above entitled action and submit this letter motion to request an extension of time to August 1, 2025 in order respond to the Plaintiff's complaint. I was recently engaged and based on the Affidavits of Service filed in this matter, the due date for a response by the Defendants was June 3, 2025. I contacted Plaintiff's counsel who conditioned his consent on the Defendants' waiving personal jurisdictional defenses which the Defendants are not willing to do.

    This is the Defendants second extension request as the first request was erroneously addressed to Magistrate Judge Aaron. I respectfully request the Court to grant this request and thank you honor for the time taken to review this request.

                                      Respectfully submitted,

                                      /s/ Mitchell Segal

                                      Mitchell Segal

Long Island Office                  New York City Office
1129 Northern Boulevard, Suite 404, Manhasset, N.Y. 11030    137 Fifth Avenue, 9th Floor, New York, N.Y. 10010

msegal@segallegal.com  |  (212) 388-9444  |  (516) 415-0100  |  800-700-CASE  |  (516) 706-6631  |  www.segallegal.com