UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ANTONIO ISLAS PEREZ, FERNANDO RODRIGUEZ SANCHEZ, ENRIQUE ROMERO AUGUSTIN, GERMAN CUAZITL BETANCURT, BERNARDO REVILLA GUTIERREZ, FNINA BOURHIM, *and* JACINTO TORRES PEREZ, *individually and on behalf of all others similarly situated*,

Plaintiffs,

*-against-*

89TH MARKET INC., 8TH STREET MARKET CORP., HEAVENLY MARKET CORP., HEAVENLY MARKET INC. I, 22 2ND AVE FOOD MARKET CORP., HEAVENLY FOOD MARKET 11TH AVENUE, INC., HEAVENLY MARKET SULLIVAN INC., ABDULLAH SALEH MUSLEH ALKABADI, MOHAMMED A. MUSLEH, GAMAL A. MUSLEH, ALI A. MUSLEH, OMAR A. ALKABADI, MAGED A. ALKABADI, WALEED ABDULLAH SALEH, AHMED A. SALEH, *and* DOES NO. 1 through NO. 20, *jointly and severally*,

Defendants.

**ORDER**

25-cv-3742 (ER)

RAMOS, D.J.:

On July 27, 2026, Plaintiffs requested leave to move to compel discovery and for sanctions. Doc. 54. On August 6, 2026, the Court set a briefing schedule for Plaintiffs' motion, and ordered Defendants to provide pre-class certification discovery and discovery as to named and opt-in Plaintiffs by September 8, 2026. In their opposition to Plaintiffs' motion, Defendants requested a modified production deadline of October 9, 2026. Doc. 62 at 5.

The motion is fully briefed, and the deadline for Defendants to produce pre-class certification discovery and discovery as to named and opt-in Plaintiffs has passed. The parties are directed to file a joint letter with a status update regarding whether the discovery at issue has been completed by October 30, 2026.

It is SO ORDERED.

Dated: October 27, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.